**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1831**

---

KOFFI BABANAO,

Petitioner,

versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration
Appeals. (A72-372-517)

---

Submitted: December 15, 2000          Decided: December 28, 2000

---

Before WIDENER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Bokwe G. Mofor, IMMIGRATION ASSISTANCE CENTER, INC., Silver Spring,
Maryland, for Petitioner. David W. Ogden, Assistant Attorney General, David V. Bernal, Assistant Director, Ernesto H. Molina, Jr.,
Office of Immigration Litigation, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit.
Local Rule 36(c).

PER CURIAM:

Koffi Babanao seeks review of the Board of Immigration Appeals' ("Board") decision and order dismissing his appeal from the immigration judge's denial of his application for asylum and withholding of deportation. Our review of the record discloses that the Board properly dismissed Babanao's appeal from the immigration judge's decision and that this appeal is without merit. Accordingly, we affirm on the reasoning of the Board. See Babanao v. INS, No. A72-372-517 (B.I.A. June 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED